cuit denied. *Mr. John L. McNab* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.

Nos. 1254 and 1255. ZIMMER, SUBSTITUTE TRUSTEE, *v.* NEW YORK STATE TAX COMMISSION. June 1, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lydon F. Maider* for petitioner. *Messrs. John J. Bennett, Jr.,* Attorney General of the State of New York, *Henry Epstein,* Solicitor General, and *Timothy F. Cohan,* Assistant Attorney General, for respondent.

Nos. 1199 and 1200. HEILIG BROTHERS CO. *v.* NATIONAL LABOR RELATIONS BOARD. June 1, 1942. Petition for writs of certiorari to the District Court of the United States for the Middle District of Pennsylvania and to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edmund M. Toland* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts, Ernest A. Gross, Morris P. Glushien,* and *Miss Ruth Weyand* for respondent.

No. 1045. CROCKETT *v.* UNITED STATES. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. June 8, 1942. In view of the Government's concession that the remedy of habeas corpus is available to petitioner to try his allegations, the petition for writ of certiorari is denied, but without prejudice to an application for habeas corpus to the proper district court. 28 U. S. C., § 452. The motion for leave to proceed further *in forma pauperis* is denied. *William C. Crockett, pro se. Solicitor General Fahy, Assistant Attorney Gen-*